FILED

Oct 17  3 25 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRENDAN J. DOHERTY,<br>  Plaintiff, | )<br>)  Civil No. 3:02 CV 1699 (JBA)<br>) |
| v. | )<br>) |
| EAGLE GLOBAL LOGISTICS, a/k/a<br>EGL, INC.,<br>  Defendant, | )<br>)<br>) |

### NOTICE OF SETTLEMENT AND
### JOINT MOTION FOR ENTRY OF JUDGMENT

**COME NOW** Brendan J. Doherty, Plaintiff, and Eagle Global Logistics a/k/a/ EGL, Inc., Defendant, in the above-entitled and numbered cause, and file this Notice of Settlement and Joint Motion for Entry of Judgment. The parties request, by virtue of the settlement reached at Plaintiff's deposition, that the Court enter the take noting Judgment, attached hereto as Exhibit "A", and incorporated for all purposes.

Respectfully submitted,

By: /s/ Dean Herms

Nancy L. Patterson, ct24205
C. Dean Herms, Jr., ct24204
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002-5009
(713) 751-1600 (Telephone)
(713) 751-1717 (Facsimile)

Stephen B. Harris
Wiggin & Dana LLP
One City Place
185 Asylum Street
Hartford, Connecticut 06103-3402
(860) 297-3700 (Telephone)
(860) 525-9380 (Facsimile)

ATTORNEYS FOR DEFENDANT,
EAGLE GLOBAL LOGISTICS a/k/a
EGL, INC.

FAZZANO, TOMASIEWICZ & PAULDING

By: _____
Patrick Tomasiewicz (ct01321)
836 Farmington Avenue, Suite 109
West Hartford, Connecticut 06119
(860) 231-7766 Telephone
(860) 231-7359 Telecopier

**COUNSEL FOR PLAINTIFF
BRENDAN J. DOHERTY**

EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRENDAN J. DOHERTY<br>Plaintiff, | )<br>)<br>)    Civil No. 3:02 CV 1699 (JBA)<br>) |
| v. | )<br>) |
| EAGLE GLOBAL LOGISTICS, a/k/a<br>EGL, INC.<br>Defendant, | )<br>)<br>) |

## JUDGMENT

BE IT REMEMBERED that on this day, came on to be presented the above-entitled and numbered cause, when came all the parties, through their respective attorneys of record, and announced to the Court that they had entered into an accord and settlement as to the causes of action asserted, and requested from the Court a judgment that the Plaintiff, Brendan J. Doherty, take nothing and that all costs of court be taxed against parties incurring same. It is, therefore,

ORDERED that the Plaintiff, Brendan J. Doherty, take nothing by reason of this suit against the Defendant, Eagle Global Logistics a/k/a/ EGL, Inc., and said Defendant stands fully released, discharged and acquitted.

Costs of court are taxed against the party incurring same.

Any relief not herein granted is hereby specifically denied.

SIGNED this _____ day of _____, 2003.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM AND SUBSTANCE:**

By: _*Dean Herms*_
Nancy L. Patterson, ct24205
C. Dean Herms, Jr., ct24204
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002-5009
(713) 751-1600 (Telephone)
(713) 751-1717 (Facsimile)

Stephen B. Harris
WIGGIN & DANA LLP
One City Place
185 Asylum Street
Hartford, Connecticut 06103-3402
(860) 297-3700 (Telephone)
(860) 525-9380 (Facsimile)

ATTORNEYS FOR DEFENDANT,
EAGLE GLOBAL LOGISTICS a/k/a EGL, INC.

By: /s/ Patrick Tomasiewicz
Patrick Tomasiewicz (ct01321)
FAZZANO, TOMASIEWICZ & PAULDING
836 Farmington Avenue, Suite 109
West Hartford, Connecticut 06119
(860) 231-7766 Telephone
(860) 231-7359 Telecopier

**COUNSEL FOR PLAINTIFF
BRENDAN J. DOHERTY**