FILED

Oct 23  4 15 PM '03

**EXHIBIT "A"**  U.S DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDAN J. DOHERTY | ) | |
|   Plaintiff, | ) | Civil No. 3:02 CV 1699 (JBA) |
| | ) | |
| v. | ) | |
| | ) | |
| EAGLE GLOBAL LOGISTICS, a/k/a | ) | |
| EGL, INC. | ) | |
|   Defendant, | ) | |

**J U D G M E NT**

BE IT REMEMBERED that on this day, came on to be presented the above-entitled

and numbered cause, when came all the parties, through their respective attorneys of record,

and announced to the Court that they had entered into an accord and settlement as to the

causes of action asserted, and requested from the Court a judgment that the Plaintiff, Brendan

J. Doherty, take nothing and that all costs of court be taxed against parties incurring same.  It

is, therefore,

ORDERED that the Plaintiff, Brendan J. Doherty, take nothing by reason of this suit

against the Defendant, Eagle Global Logistics a/k/a/ EGL, Inc., and said Defendant stands

fully released, discharged and acquitted.

LAW OFFICES OF
**FAZZANO, TOMASIEWICZ & PAULDING**
836 FARMINGTON AVE. • SUITE 109 • WEST HARTFORD, CT 06119 • (860) 231-7766 • FAX (860) 231-7359 • JURIS NO. 414049

Costs of court are taxed against the party incurring same.

Any relief not herein granted is hereby specifically denied.

SIGNED this _9th_ day of _October_ , 2003.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM AND SUBSTANCE:**

By: _____

Nancy L. Patterson, ct24205
C. Dean Herms, Jr., ct24204
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002-5009
(713) 751-1600 (Telephone)
(713) 751-1717 (Facsimile)

Stephen B. Harris
WIGGIN & DANA LLP
One City Place
185 Asylum Street
Hartford, Connecticut 06103-3402
(860) 297-3700 (Telephone)
(860) 525-9380 (Facsimile)

ATTORNEYS FOR DEFENDANT,
EAGLE GLOBAL LOGISTICS a/k/a EGL, INC.

By: _____
        Patrick Tomasiewicz (ct01321)
        FAZZANO, TOMASIEWICZ & PAULDING
        836 Farmington Avenue, Suite 109
        West Hartford, Connecticut 06119
        (860) 231-7766 Telephone
        (860) 231-7359 Telecopier

**COUNSEL FOR PLAINTIFF**
**BRENDAN J. DOHERTY**

Costs of court are taxed against the party incurring same.

Any relief not herein granted is hereby specifically denied.

SIGNED this _21ˢᵗ_ day of _October_, 2003.

_____

JUDGE PRESIDING

**APPROVED AS TO FORM AND SUBSTANCE:**

By:_____

Nancy L. Patterson, ct24205
C. Dean Herms, Jr., ct24204
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002-5009
(713) 751-1600 (Telephone)
(713) 751-1717 (Facsimile)

Stephen B. Harris
WIGGIN & DANA LLP
One City Place
185 Asylum Street
Hartford, Connecticut 06103-3402
(860) 297-3700 (Telephone)
(860) 525-9380 (Facsimile)

ATTORNEYS FOR DEFENDANT,
EAGLE GLOBAL LOGISTICS a/k/a EGL, INC.

FILED
Oct 23  3 55 PM '03
U.S. DISTRICT COURT
NEW HAVEN CONN

By:_____
Patrick Tomasiewicz (ct01321)
FAZZANO, TOMASIEWICZ & PAULDING
836 Farmington Avenue, Suite 109
West Hartford, Connecticut 06119
(860) 231-7766 Telephone
(860) 231-7359 Telecopier

**COUNSEL FOR PLAINTIFF**
**BRENDAN J. DOHERTY**